**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 174.44.21.213**

**ISP:** Optimum Online High Speed Internet Service
**Physical Location:** Oyster Bay, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/29/2018 12:11:03 | 7E257EBFF8E251B8C7D5B64CE6A7218C3EEF66D8 | Sex And Fashion A Threeway Project |
| 08/06/2018 11:31:56 | AAC8B3DE00CA39B816E66C843304FCD30B02945B | Young 18 Year Old Couple in Hot Summer Sex |
| 07/30/2018 17:08:56 | 9813E1636AC496680E1120A32C18480590EFD2B0 | Threeway Strip Poker |
| 06/18/2018 13:41:29 | 40C4DBCA9FD987613EA49BB71233369C1172974A | Sunset Love |
| 05/14/2018 12:41:36 | BCC6142F2347A53D8491834CCD2AE9C8DF7E816A | A Walk To Remember |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

ENY137