UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                               :
                                                                 :   Case No. 2:18-cv-06412-PKC-RML
                        Plaintiff,                               :
                                                                 :
               vs.                                               :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
174.44.21.213,                                                   :
                                                                 :
                        Defendant.                               :
-----------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 174.44.21.213. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 30, 2019          Respectfully Submitted,

                                   By: /s/ Kevin T. Conway, Esq.
                                   Kevin T. Conway, Esq. (KC-3347)
                                   80 Red Schoolhouse Road,
                                   Suite 110
                                   Spring Valley, NY 10977-6201
                                   T: (845) 352-0206
                                   F: (845) 352-0481
                                   Email: ktcmalibu@gmail.com
                                   *Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *Kevin T. Conway*